## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| BELLE MEADE TITLE & ESCROW CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:17-cv-00874 |
| | ) | Judge Aleta A. Trauger |
| FIFTH THIRD BANK, and REGIONS BANK, | ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER OF VOLUNTARY
## DISMISSAL, WITH PREJUDICE

By the signatures of their respective counsel appearing below, plaintiff Belle Meade Title & Escrow Co. ("BMTE") and defendant Fifth Third Bank ("Fifth Third") agree and represent to the Court that all matters in controversy between them have been resolved and settled.  The parties have additionally agreed, as part of such resolution, that all claims asserted by BMTE against Fifth Third will be dismissed with prejudice, with each party to bear its own costs and attorneys' fees incurred herein.

Pursuant to the representations and agreement of BMTE and Fifth Third set forth above, the Court hereby dismisses with prejudice all claims asserted by BMTE against Fifth Third.  As agreed by those parties, BMTE and Fifth Third each shall bear their own costs and attorneys' fees, and have waived any right to request the taxing of costs, pursuant to 28 U.S.C. § 1920 or otherwise.

SO ORDERED this 15th day of May, 2018.

_____
ALETA A. TRAUGER
United States District Judge

SUBMITTED FOR ENTRY BY:

*/s/ Donald J. Serkin*
Donald J. Serkin  BPR #003793
102 Woodmont Blvd.
Suite 200
Nashville, TN 37205
Phone: (615) 345-0244
Fax: (615) 345-0246
Email: djslaw@woodmontsuites.com
*Counsel for Plaintiff*


*/s/ Darrell L. West*
Darrell L. West   BPR #005962
Ariel M. Kelly   BPR #034340
Dickinson Wright PLLC
424 Church Street, Suite 800
Nashville, TN  37219-2392
Phone: (615) 244-6538
Fax: (615) 256-8386
*Counsel for Defendant Fifth Third Bank*


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing to the party(ies) shown below, who participate in the Court's CM/ECF system, on April 19, 2018.

Zachary D. Miller
J. Christopher Suedekum
BURR & FORMAN, LLP
511 Union Street, Suite 2300
Nashville, TN 37219
*Counsel for Defendant Regions Bank*

*/s/ Darrell L. West*
Darrell L. West

NASHVILLE 21198-318 636221v2